SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

CASSANDRA E. HAVENS (SBN 317241)
cassandra.havens@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Plaintiffs*

JS-6

FILED
CLERK, U.S. DISTRICT COURT
March 5, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TARPO MUSIC PUBLISHING, NOTTING DALE SONGS, MOUSE ON THA TRACK, LLC, and TRILL PRODUCTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>6506 HOLLYWOOD ASSOCIATES, LP, ELIE KHEIR SAMAHA, FOX THEATRE GROUP, L.L.C., and ROBERT VINOKUR,<br><br>Defendants. | Case No. 2:18-cv-09451<br><br>**[PROPOSED]** **ORDER ON STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS 6506 HOLLYWOOD ASSOCIATES, LP AND ROBERT VINOKUR** |

Plaintiffs Tarpo Music Publishing, Notting Dale Songs, Mouse On Tha Track, LLC and Trill Productions (collectively, "Plaintiffs") on the one hand, and Defendants 6506 Hollywood Associates, LP ("6506 Hollywood") and Robert Vinokur ("Vinokur" and, together with 6506 Hollywood, the "Consenting Defendants"), on the other hand, have stipulated to the entry of judgment as set forth in their concurrently filed Stipulation for Entry of Judgment;

After having reviewed and considered the parties' Stipulation, this Court finds that it has jurisdiction over the subject matter of this action and over the Parties.

WHEREAS, Plaintiffs are the holders of the copyrights in the musical compositions listed in Schedule A to the Complaint;

WHEREAS, Plaintiffs filed this action on November 7, 2018 alleging two counts of copyright infringement and seeking injunctive relief and damages against 6506 Hollywood Associates, LP ("6506 Hollywood") and Robert Vinokur ("Vinokur" and, together with 6506 Hollywood, the "Consenting Defendants") and other Defendants arising out of the unauthorized public performances of Plaintiffs' copyrighted musical compositions at the Playhouse, located at 6506 Hollywood Boulevard, Los Angeles, California 90028;

WHEREAS, Plaintiffs and the Consenting Defendants have agreed to resolve all claims between them by entering into this Consent Judgment; and

WHEREAS, the Court having jurisdiction over the subject matter of this action and over the Parties,

The Parties hereby stipulate to the entry by this Court of a consent judgment ordering that:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. 6506 Hollywood and Vinokur are enjoined and restrained permanently from publicly performing any or all of Plaintiffs' copyrighted musical compositions and from causing or permitting Plaintiffs' copyrighted musical compositions to be publicly performed, and from aiding and abetting public performances of such compositions at

any establishment owned, operated, managed, and or controlled by the Consenting Defendants, or either of them, unless the Consenting Defendants shall previously have obtained permission for such performances, either directly from the Plaintiffs or by license from the American Society of Composers, Authors and Publishers ("ASCAP"), Plaintiffs' performing rights organization.

2. Judgment is hereby entered against 6506 Hollywood Associates, LP and Robert Vinokur, jointly and severally, in the sum of Forty Thousand and no/100 dollars ($40,000.00) (the "Judgment Amount"), which amount can be satisfied by Defendants' payment of a sum of Thirty Thousand and no/100 dollars ($30,000.00) (the "Settlement Amount"), so long as the Consenting Defendants adhere to the repayment schedule set forth in Paragraph 3, below.

3. The Consenting Defendants shall pay the Settlement Amount to ASCAP, on behalf of the Plaintiffs, in 24 equal monthly installments of $1,250.00 per month, with the first payment to be made within 5 days of execution of this Consent Judgment and the remaining 23 payments to be made on or before the last day of each month from February 28, 2019 through December 31, 2020 (each an "Installment Payment").

4. The aforementioned payments shall be made either by certified, cashier's or bank check, or money order, made payable to ASCAP and sent or delivered to ASCAP at its office at 250 W. 57th Street, New York, New York 10107, ATTENTION: JACKSON WAGENER; or by wire transfer to an account to be designated by ASCAP. The payments shall be delivered so that they <u>arrive</u> no later than the due dates set forth above.

5. In the event that the Consenting Defendants shall fail to make any of the payments in accordance with the provisions of Paragraphs 3 and 4, Plaintiffs shall provide written notice of such default, via U.S. Mail and email, to: Robert Vinokur, The Playhouse Group, 1709 Wilcox Ave., Hollywood, CA 90028, robv@theplayhousegrp.com. The Consenting Defendants shall have the opportunity to cure the default by paying the past due amount within seven (7) days of notice. If the Consenting Defendants fail to cure their default within seven (7) days, Plaintiffs shall be

entitled to recover the entire Judgment Amount less any payments made by Defendants in partial satisfaction of this Consent Judgment.

6. Upon receiving the Settlement Amount (or the Judgment Amount, in the event of default), Plaintiffs shall file a satisfaction of this Judgment with the Court.

7. The Consenting Defendants shall not willfully dissipate or encumber their assets in order to impair ASCAP's ability to collect the amounts due under this Consent Judgment. In the event that 6506 Hollywood Associates, LP or Robert Vinokur file a petition in bankruptcy, any sum then due pursuant to this Consent Judgment shall constitute a non-dischargeable debt pursuant to 11 U.S.C. § 523(a)(6).

9. This Consent Judgment shall bind and benefit the heirs, executors, administrators, successors, assigns, parents, affiliates, members and subsidiaries of ASCAP and the Consenting Defendants.

10. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Judgment.

11. The parties waive any right to appeal this Consent Judgment.

DATED: March 5, 2019

*S. James Otero*

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Submitted by:

ARNOLD & PORTER KAYE SCHOLER LLP


By: _____

SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

CASSANDRA E. HAVENS (SBN 317241)
cassandra.havens@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*